**T.L.T.**

v.

**DEPARTMENT OF PUBLIC WELFARE.**

**Petition of Crawford County Children and Youth Services.**

Supreme Court of Pennsylvania.

Oct. 8, 2014.

***ORDER***

PER CURIAM.

AND NOW, this 8th day of October, 2014, the Petition for Allowance of Appeal is GRANTED, the Order of the Commonwealth Court is VACATED, the matter is REMANDED for reconsideration in light of *G.V. v. DPW,* —— Pa. ——, 91 A.3d 667 (2014).